No. 99–936. FERGUSON ET AL. *v.* CITY OF CHARLESTON ET AL. C. A. 4th Cir. [Certiorari granted, 528 U. S. 1187.] Motions of American Civil Liberties Union et al., National Coalition for Child Protection Reform et al., NARAL Foundation et al., American Public Health Association et al., and American Medical Association for leave to file briefs as *amici curiae* granted.

No. 99–8898. NAGY *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [529 U. S. 1106] denied.

No. 99–9576. VIELE ET VIR *v.* FORD MOTOR CO. C. A. 2d Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until July 20, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 99–9822. IN RE HEIMERMANN;
No. 99–9894. IN RE JONES; and
No. 99–9974. IN RE MANCILLAS. Petitions for writs of habeas corpus denied.

No. 00–5002 (00A2). IN RE SAN MIGUEL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–1768. BUCKMAN CO. *v.* PLAINTIFFS' LEGAL COMMITTEE. C. A. 3d Cir. Motions of Medical Device Manufacturers Association, Danek Medical, Inc., Product Liability Advisory Council, Inc., and Pharmaceutical Research and Manufacturers of America for leave to file briefs as *amici curiae* granted. Certiorari granted limited to the following question: "Whether federal law pre-empts state-law tort claims alleging fraud on the Food and Drug Administration during the regulatory process for marketing clearance applicable to certain medical devices?"